UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONEY ANTHONEY WHITE,<br><br>                              Plaintiff<br><br>        v.<br><br>MICHELLE LEAVITT et al.,<br><br>                              Defendants | Case No.  2:18-cv-00008-JAD-PAL<br><br>ORDER |

**I.      DISCUSSION**

On November 28, 2018, the Court issued a screening order dismissing one claim with leave to amend, dismissing another claim without leave to amend, and permitting one claim to proceed. (ECF No. 3 at 8).  The Court granted Plaintiff until December 27, 2018, to file an amended complaint.  (*Id.*)  The Court specifically stated that if Plaintiff chose not to file an amended complaint, the action would proceed immediately on the failure-to-protect claim against Carey only.  (*Id.* at 8-9).  Plaintiff has not filed an amended complaint.  Pursuant to the screening order, this action will proceed on the failure-to-protect claim against Carey only.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that, pursuant to the Court's screening order (ECF No. 3), this action will proceed on the failure-to-protect claim against Carey only.

IT IS FURTHER ORDERED that the Clerk of Court **WILL ISSUE** a summons for Defendant Carey, **AND DELIVER THE SAME**, to the U.S. Marshal for service.  The Clerk also **WILL SEND** sufficient copies of the complaint (ECF No. 4) and this order to the U.S. Marshal for service on Defendant.

IT IS FURTHER ORDERED that the Clerk **WILL SEND** to Plaintiff **one (1)** USM-285 form.  Plaintiff will have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to the Defendant on the form.

1   Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285

2   form showing whether service has been accomplished, Plaintiff must file a notice with the

3   Court identifying whether Defendant was served or not served.  If Plaintiff wishes to have

4   service again attempted on an unserved Defendant, then a motion must be filed with the

5   Court identifying the unserved Defendant and specifying a more detailed name and/or

6   address for said Defendant, or whether some other manner of service should be

7   attempted.

8          IT IS FURTHER ORDERED that henceforth, Plaintiff will serve upon Defendant or,

9   if appearance has been entered by counsel, upon the attorney(s), a copy of every

10  pleading, motion or other document submitted for consideration by the Court.  Plaintiff will

11  include with the original paper submitted for filing a certificate stating the date that a true

12  and correct copy of the document was mailed to the Defendant or counsel for the

13  Defendant.  The Court may disregard any paper received by a district judge or magistrate

14  judge which has not been filed with the clerk, and any paper received by a district judge,

15  magistrate judge or the clerk which fails to include a certificate of service.

16

17         DATED THIS  8th day of January, 2019.

18

19                                                        United States Magistrate Judge