TONEY A. WHITE
NDOC NO. 1214172
HIGH DESERT STATE PRISON
POST OFFICE BOX 650
INDIAN SPRINGS, NV.
89070

PLAINTIFF IN PRO SE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE, <br><br> PLAINTIFF, <br><br> VS. <br><br> MICHELLE LEAVITT, ET. AL., <br><br> DEFENDANTS. | CIVIL ACTION NUMBER <br> 2:18-CV-00008 JAD BNW <br><br> PLAINTIFF'S MOTION FOR EXTENSION OF TIME OF 30 DAYS TO OPPOSE DEFENDANTS MOTION (ECF NO. 75, 76). |

PLAINTIFF PROCEEDS PRO SE. ON SEPTEMBER 30, 2022 DEFENDANTS FILED MOTION TO REVOKE PLAINTIFF'S IFP STATUS AND ISSUING AN OSC PRECLUDING DISMISSAL PREMISED ON A CASE THAT WAS DISPOSED OF IN JUNE 2020. FOLLOWING SAID CASES DISPOSITION AND RESOLUTION THE RELATED FILES TO SAID MATTER WERE PREDOMINANTLY PURGED AND THOSE ANTICIPATED TO BE NEEDED AT FUTURE DATES WERE SHIPPED TO FAMILY FOR SAFE KEEPINGS.

UPON RECEIVING DEFENDANTS MOTION YESTERDAY OCTOBER 04, 2022 PLAINTIFF CONTACTED PROPER PARTIES SEEKING THE RETURN OF THESE FILES WHICH IS CURRENTLY

1

22-0663

BEING COORDINATED AND WILL TAKE TIME TO RETRIEVE. WITHOUT HIS BRIEFING IN RESPONSE TO THE BASELESS MOTION DEFENDANTS NOW ATTEMPT TO EXPLOIT, PLAINTIFF CANNOT ADEQUATELY RESPOND TO AND OPPOSE DEFENDANTS FRIVOLOUS MOTION NOW PENDING BEFORE THIS COURT.

ACCORDINGLY PLAINTIFF SEEKS A 30 DAY EXTENSION FROM THE CURRENT DUE DATE OF OCTOBER 14, 2022 AND UNTIL NOVEMBER 13, 2022 BY IN WHICH TO BE ABLE TO FILE HIS OPPOSITIONS.

IN ACCORDANCE THIS MOTION IS RESPECTFULLY SUBMITTED.

RESPECTFULLY SUBMITTED,

DATED: OCTOBER 05, 2022

BY: _____
(TONEY A. WHITE, III)
PLAINTIFF IN PRO SE

**ORDER**
IT IS ORDERED that ECF No. 77 is GRANTED.

**IT IS SO ORDERED**
**DATED:** 5:33 pm, October 12, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

22-0663