LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants
Craig Garnette, Alex Gonzalez,
Daniel Holm, Gary Ramirez, and Ernest Spear*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHELLE LEAVITT; *et al.*,<br><br>             Defendants. | Case No.:   2:18-cv-00008-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 143, 186 |

Defendants Craig Garnette, Alex Gonzalez, Daniel Holm, Gary Ramirez, and Ernest Spear (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Toney A. White, appearing *pro se*, stipulate and agree to dismiss this lawsuit with prejudice in accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to LVMPD Defendants, with each party to bear their own fees and costs. Plaintiff Toney White agrees to dismiss the lawsuit with prejudice as to LVMPD Defendants in exchange for LVMPD Defendants' counsel providing him with a flash drive and DVD disk containing all of the discovery produced in this case and an updated PACER printout of this case's docket.

This Stipulation and its terms shall not be deemed an admission of any liability or

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593286_1.docx  6943.270

Page 1 of 2

1  wrongdoing on the part of any Party. The Parties further agree that the dismissal of this matter
2  as to LVMPD Defendants shall result in the complete and final settlement of any and all claims,
3  differences, and causes of action asserted by Plaintiff during this case against the LVMPD
4  Defendants and LVMPD-DSD employees previously named in the lawsuit.

5      This Stipulation to Dismiss resolves all asserted claims in the lawsuit. The Clerk of
6  Court shall close the case.

7  DATED this 13th day of December, 2023.     DATED this 07TH day of December, 2023.

LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for LVMPD Defendants**

TONEY A. White
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89074
*Plaintiff, Pro Se*

### ORDER

Based on the parties' stipulation **[ECF No. 186]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. White's Formal Objections to U.S. Magistrate Judge's August 14, 2023, Order Denying his Motion for Appointment of Counsel **[ECF No. 143] is DENIED as moot**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2023

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593286_1.docx  6943.270

Page 2 of 2